IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RANDALL MAY<br>*Plaintiff*, | §<br>§<br>§ | |
| v. | § | Case No. 4:13-cv-261 |
| | § | |
| U.S. BANK NATIONAL<br>ASSOCIATION,<br>*Defendant.* | §<br>§<br>§ | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 17, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Emergency Motion for Temporary Restraining Order and for Temporary Injunction (Dkt. 7) be DENIED.

No objections to the report were filed. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, Plaintiff's Emergency Motion for Temporary Restraining Order and for Temporary Injunction (Dkt. 7) is DENIED.

**IT IS SO ORDERED.**

SIGNED this the 3rd day of June, 2013.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

1